# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN PARK<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>COTTON CITY INC , et al.<br><br><br>　　　　Defendant(s). | CASE NO:<br>2:13−cv−08402−MMM−JCG<br><br><br>ORDER DISMISSING CIVIL ACTION |

　　　THE COURT having been advised by counsel that the above−entitled action has been settled;

　　　IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days**, to re−open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

　　　**IT IS SO ORDERED.**

Dated: May 28, 2014

_Margaret M. Morrow_
_____
Margaret M. Morrow
United States District Judge